UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-8005-BER

IN RE APPLICATION AND AFFIDAVIT FOR
CRIMINAL COMPLAINT
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     ___ Yes  ✓ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   _Marton Gyires_____

ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501696
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    561-820-8711
Fax:   561-805-9846
Email: Marton.Gyires@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.

JAN 11 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

United States of America )
v. )
) Case No. 24-8005-BER
RODNEY DIEUJUSTE and )
MARCUS JODY VILSAINT, )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft of mail |
| 18 U.S.C. § 1704 | Possession of a postal arrow key |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Arena, U.S. Postal Inspector, USPIS
*Printed name and title*

Attested to by the applicant ~~by telephone (FaceTime)~~ IN PERSON ~~in accordance with the requirements of Fed.R.Crim.P. 4(d) and 4.1.~~

Date: 1/11/24

_____
*Judge's signature*

City and state: West Palm Beach, FL    Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Anthony Arena, being first duly sworn, depose and state as follows:

### Introduction

1.  I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's West Palm Beach Domicile. I have been an Inspector for USPIS since July 2014. My responsibilities include the investigation concerning theft of mail, identify theft, mail fraud, and bank fraud. I have received training in criminal investigation procedures and criminal law and have conducted numerous criminal investigations involving the theft of mail and bank fraud.

2.  This affidavit is submitted in support of a criminal complaint charging RODNEY DIEUJUSTE ("DIEUJUSTE") and MARCUS JODY VILSAINT ("VILSAINT") with possession of a postal arrow key, in violation of 18 U.S.C. § 1704 and with theft of mail matter, in violation of 18 U.S.C. § 1708.

3.  This affidavit is based on my personal knowledge and investigation by others, including local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing and examining documents obtained from local law enforcement.

4.  As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause.

### PROBABLE CAUSE

5.  On January 10, 2024, at approximately 3:20 a.m., the Palm Beach Sheriff's Office ("PBSO") South Florida Task Force (SFTF) was involved in a covert surveillance operation involving a 2017 blue Chevrolet Malibu (Vehicle) bearing FL license plate 40DYZM in West Palm

Beach, FL. The vehicle was observed entering numerous parking lots and parking near business postal cluster mailboxes ("CBU") in the Belvedere Business Park, located at 8140 Belvedere Road West Palm Beach, FL.

6. Officers observed the driver, later identified as DIEUJUSTE, and the passenger, later identified as VILSAINT, of the vehicle walk to three separate CBUs, located at 8140 Belvedere Road, 8080 Belvedere Road, and 8140 Belvedere Road, and open them with what appeared to be a key. Both DIEUJUSTE and VILSAINT removed mail from within the boxes and placed the mail into the vehicle.

7. PBSO SFTF continued the follow the vehicle as they were able to get the PBSO Aviation Unit ("AU") to follow and record their activity. The vehicle traveled to several other locations where DIEUJUSTE and VILSAINT again exited the vehicle and removed mail from CBUs. The additional addresses that the vehicle and subjects traveled to and stole mail from were as follows: 8452 Belvedere Road, 8870 Belvedere Road, 9150 Belvedere Road, 2211 Vista Parkway, 2257 Vista Parkway, 6903 Vista Parkway, and 6965 Vista Parkway. This was captured on the PBSO AU cameras.

8. As a result, the PBSO SFTF conducted a felony vehicle stop at the intersection of Military Trail and Windsor Way. Both DIEUJUSTE and VILSAINT were placed into custody.

9. In plain view inside the vehicle, Officers found U.S. Mail on the front passenger side floorboard and the rear passenger seats. Also found in the vehicle was a Postal Arrow Key located on the floorboard under the driver's seat. The Serial Number of the Arrow Key was 225-22315. This Arrow Key is confirmed as the key that would be required to open this specific area. Approximately 100 pieces of stolen U.S. Mail was seen inside the vehicle. A search of USPS employee records did not locate DIEUJUSTE or VILSAINT as being current or previous USPS employees.

10. Law enforcement interviewed VILSAINT who was read his *Miranda Warnings* using PBSO's *Miranda Warnings* Card. VILSAINT stated he understood his rights. During the interview, VILSAINT claimed that he found the mailboxes open but did admit to removing mail from the mailboxes. VILSAINT admitted to taking mail from one or two mailboxes and that it was his first time stealing mail.

11. Law enforcement contacted two victims (O.S. and A.P.) whose mail was recovered. Both victims confirmed that both suspects were not authorized to have possession of their mail.

12. I submit that probable cause exists to believe that RODNEY DIEUJUSTE and MARCUS JODY VILSAINT are in violation of 18 U.S.C. 1704 (Possession of Stolen Arrow Key) and 18 U.S.C. 1708 (Mail Theft).

Anthony Arena
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and Attested to me by ~~Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1~~ IN PERSON on the __11__ day of __JAN__, 2024.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendants Names**: RODNEY DIEUJUSTE and MARCUS JODY VILSAINT

**Case No**: 24-8005-BER

Count #: 1

Theft of Mail, in violation of Title 18, United States Code, Section 1708

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count #: 2

Possession of a Postal Arrow Key, in violation of Title 18, United States Code, Section 1704

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-8005-BER

### BOND RECOMMENDATION

DEFENDANT: RODNEY DIEUJUSTE

Pretrial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: MARTON GYIRES

Last Known Address

What Facility:

Agent(s): USPIS
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (OTHER)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-8005-BER

### BOND RECOMMENDATION

DEFENDANT: MARCUS JODY VILSAINT

$250,000 personal surety with co-signer
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Marton*
AUSA: MARTON GYIRES

Last Known Address:

What Facility: _____

_____

Agent(s): USPIS
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (OTHER)